UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:17CR00612 RLW |
| DONALD CRANGLE, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S DISCLOSURE OF PARTIES
POTENTIALLY ENTITLED TO RESTITUTION**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri and Tracy Lynn Berry, Assistant United States Attorney for said district, and gives notice that the following parties are potentially entitled to restitution:

1. Social Security Administration; and,

2. Department of Veteran's Affairs.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

s/ Tracy Lynn Berry
Tracy Lynn Berry, TN 014753
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Copy of the foregoing was forwarded through the Court's electronic case filing system this 21st day of August, 2018, to: Felicia Jones, Esq.

<u>s/ Tracy Lynn Berry</u>
ASSISTANT UNITED STATES ATTORNEY